UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

     v.       Case No.  08-cr-07-01/02-SM

<u>Wanjira Taliaferro and</u>
<u>Veronica Melendez</u>

O R D E R

  Defendant Taliaferro's motion to continue the final pretrial conference and trial is granted  (document 15).   Trial has been rescheduled for the July 2008 trial period.   Defendant Taliaferro  shall file a waiver of speedy trial rights not later than March 28, 2008.   On the filing of such waiver, his continuance shall be effective.

  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

  **Final Pretrial Conference:**  June   24, 2008 at 3:30 p.m.

  **Jury Selection**:  July  8, 2008 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

March 17, 2008

cc:   Robert Daniels, Esq.
      Jeffrey Levin, Esq.
      Michael Zaino, AUSA
      US Probation
      US Marshal