UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                              Case No. 08-cr-07-01/02-SM

Wanjira Taliaferro and
Veronica Melendez

## O R D E R

Defendant Melendez's motion to continue the final pretrial conference and trial is granted (document 22). Trial has been rescheduled for the January 2009 trial period. Defendant Melendez shall file a waiver of speedy trial rights not later than October 6, 2008. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  January 9, 2009 at 2:30 p.m.

**Jury Selection**: January 21, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 23, 2008

cc: Robert Daniels, Esq.
    Jeffrey Levin, Esq.
    Michael Zaino, AUSA
    US Probation
    US Marshal