UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                       Case No. 08-cr-07-01-SM

Wanjira Taliaferro

## O R D E R

Defendant Taliaferro's oral motion to continue the final pretrial conference and trial was granted at the final pretrial conference held on January 9, 2009, for 90 days. Trial has been rescheduled for the April 2009 trial period. Defendant Taliaferro shall file a waiver of speedy trial rights not later than January 30, 2009. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** April 10, 2009 at 3:30 p.m.

**Jury Selection**: April 21, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

January 16, 2009

cc:   Robert Daniels, Esq.
      Jeffrey Levin, Esq.
      Michael Zaino, AUSA
      US Probation
      US Marshal