UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                      Case No. 08-cr-07-01-SM

Wanjira Taliaferro

O R D E R

Defendant Taliaferro's motion to continue the final pretrial conference and trial (document no. 36) is granted.  The continuance is limited to 30 days.  Trial has been rescheduled for the May 2009 trial period.  Defendant Taliaferro shall file a waiver of speedy trial rights not later than April 27, 2009.  On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Change of Plea Hearing (or if necessary, Final Pretrial Conference):** May 12, 2009 at 11:30 a.m.

**Jury Selection**:  May 19, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

April 15, 2009

cc: Robert Daniels, Esq.
    Jeffrey Levin, Esq.
    Michael Zaino, AUSA
    US Probation
    US Marshal